Homer A. Pfeiffer et al., complainants and appellees, v. Richard G. Kemper et al., defendants, on appeal of Church Extension Board of the Presbytery of Chicago, intervening petitioner and appellant, Gen. No. 31,635.

Appeal by intervening petitioner from partition decree. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed June 7, 1927.

Bradley, Williams, Harper & Farrell, for appellant; Edward J. Farrell, of counsel. Hoover & Cody, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

William R. Steinberg, appellant, v. George Turner, appellee. Gen. No. 31,470.

Action to recover commissions paid in excess of amount due. Judgment for defendant on directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed June 7, 1927.

Harry H. Krinsky, for appellant. Baker, Holder & Schmidt, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Borden's Farm Products Company of Illinois et al., petitioners, appellees, v. The Village of Oak Park et al., respondents, appellants. Gen. No. 31,517.

Petition for mandamus to compel issuance of building permit. Writ granted. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed June 7, 1927.

Levi H. Fuller and Newton A. Partridge, for appellants. Paul J. Donovan and E. H. Waite, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Ernest Ahnert and Mary Ahnert, complainants, appellees, v. Elizabeth Gloor, defendant, appellant, and Frank K. Reilly, trading as Frank K. Reilly & Company, defendant, appellee. Gen No. 31,549.

Bill for return of earnest money on realty purchase contract and to cancel contract. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 7, 1927.

Fred L. Steers, for appellant. Joseph A. Weber, for Ernest Ahnert and Mary Ahnert, appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Fred Beeske, appellee, v. O. O'Rourke and Phil Grauer, trading as O'Rourke Auto Sales Company, appellants. Gen. No. 31,558.

Action for return of deposit on refusal to deliver goods bought. Judgment for plaintiff. Appeal from the Municipal Court of Chicago;